IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED

MAR 2 6 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

UNITED STATES OF AMERICA          )
                                  )
vs.                               )    Case No. 4:26 mj 18
                                  )
STACY LYNN FARIAS                 )

CRIMINAL INFORMATION

COUNT ONE
(Associated Ticket No. 9751776)
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 23, 2026, within the special maritime and territorial jurisdiction of

the United States in the Eastern District of Virginia, STACY LYNN FARIAS did take and carry

away, with intent to steal and purloin, personal property of another; the value of said property

taken not exceeding $1,000 nor being taken from the person of another.

(In violation of Title 18, United States Code, Section 661.)

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By _____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on March 25, 2026, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

By:_____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov